Richard L. Mahfouz II (State Bar Number 246739)
Clerkin, Sinclair & Mahfouz, LLP
701 B Street, Suite 1160
San Diego, CA 92101
Telephone: 619-308-6550
E-mail: rlmahfouz@clerkinlaw.com
Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company

Phillip A. Talbert
Acting United States Attorney
Jeffrey J. Lodge
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:15-cv-00712-BAM<br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING JOINT STATUS REPORT, PRE-TRIAL HEARING AND COURT TRIAL DATES** |
|---|---|

Plaintiff, by and through its counsel, and Defendant, United States of America, by and through its attorneys, constituting all the parties appearing in this action, through the undersigned counsel of record, hereby stipulate to continue the **Joint Status Report** from June 7th, 2016, to **June 21, 2016,** further stipulate to continue the **Pre-Trial Hearing** from June 14th, 2016, to **August 15, 2016**, and to further stipulate to continue the **Trial** from August 2, 2016, to a date suitable for the Court.

/././.

<u>Reason For Continuance</u>. The parties are close to settling; however, the statute of limitations for all claimants runs June 7, 2016. Therefore, the parties cannot enter into an official settlement before June 7, 2016. As Plaintiff is awaiting confirmation of no other administrative claims, the parties must wait until after June 7, 2016, to sign the FTCA settlement agreement.

Based upon the foregoing, the parties respectfully request the Court to order this case be continued as outlined in this [Proposed] Order.

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

1. That the J**oint Status Report,** currently set for June 7, 2016, be continued to June 21, 2016; and
2. That the **Pre-Trial Hearing** in this action, currently set for June 14, 2016, be continued to August 15, 2016.
3. That the **Trial** in this action, currently set for August 2, 2016, be continued to a date suitable for the Court.

**SO STIPULATED:**

DATED:   June 2, 2016            CLERKIN, SINCLAIR & MAHFOUZ, LLP

                                       /s/ *Richard L. Mahfouz II*
                              BY:   Richard L. Mahfouz II,
                                    Attorneys for Plaintiff State Farm Mutual
                                    Automobile Insurance Company

DATED:   June 2, 2016

                                       /s/ *Jeffrey J. Lodge*
                                    Jeffrey J. Lodge
                                    Assistant U.S. Attorney

                                    Attorney for Defendant

## ORDER

Based on the Joint Stipulation of the parties, and good cause appearing, **IT IS ORDERED** that the Joint Status Report currently set for June 7, 2016, be and hereby is continued to June 21, 2016. **IT IS FURTHER ORDERED** that the **Pre-Trial Conference Hear**ing in this action, currently set for June 14, 2016, be and hereby is continued to **August 15, 2016 at 10:00 AM** before Judge McAuliffe in Courtroom 8.  **IT IS FURTHER ORDERED** that the **Court Trial** in this action, currently set for August 2, 2016, be and hereby is continued to **Tuesday, October 4, 2016 at 8:30 AM** before Judge McAuliffe in Courtroom 8.

**IT IS SO ORDERED.**


IT IS SO ORDERED.

Dated**:**  **June 7, 2016**                             /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE