PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 1:15-cv-00712-BAM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER** |

　　　　Pursuant to the terms of a written settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Complaint filed on May 8, 2015, be dismissed with prejudice, each party to bear their own attorney fees and costs.

　　　　IT IS SO STIPULATED.

Dated: June 21, 2016　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　　By:　　/s/Jeffrey J. Lodge
　　　　　　　　　　　　　　　　　　　　　　JEFFREY J. LODGE
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for the United States

Dated: June 21, 2016　　　　　　　　　　　　CLERKIN, SINCLAIR & MAHFOUZ, LLP


　　　　　　　　　　　　　　　　　　By:　　/s/Richard L. Mahfouz II
　　　　　　　　　　　　　　　　　　　　　　RICHARD L. MAHFOUZ II,
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated:  **June 22, 2016**                               /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE